JC

FILED

JUN 04 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRENDALYN KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-03293 |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | Judge: Matthew F. Kennelly |
| MIDLAND FUNDING, LLC, | ) | |
| ENCORE CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S EXHIBIT LIST IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| EXHIBIT | DESCRIPTION |
|---|---|
| **Pl. A** | Notice of Intent to Sue, dated November 21, 2024 bearing MCM internal stamp MCM 5. Constitutes written cease communication demand under 15 U.S.C. § 1692c(c) and pre-lawsuit documentation of physical injury including elevated blood pressure. |
| **Pl. B** | Debt Validation Letter and Cease and Desist, dated March 21, 2025 formal debt validation demand under 15 U.S.C. § 1692g. MCM never responded to this letter. |
| **Pl. C** | USPS Certified Mail Envelope bearing MCM internal processing stamp 'MCM 3' dated March 28, 2025 proves MCM received the Debt Validation Letter on March28, 2025. Certified Mail Tracking No. 9590940266711060986749. (Front and back of envelope.) |

| EXHIBIT | DESCRIPTION |
|---|---|
| Pl. D | Plaintiff's Handwritten Call Log documents calls from MCM including May 2, 2024 conversation with collector Mark Burgess; May 3 missed call (Regulation F Prong 2 violation); May 5 twice, May 7, May 9 three times; May 13 conversation with collector Detra Martin; May 15, May 17, May 19; May 21 conversation with collector Henry Riceman; and May 30 conversation with collector Natasha Miller. |
| Pl. E | Excerpts from Deposition Transcript of Brendalyn King (March 30, 2026) Veritext Legal Solutions, CSR Kelly A. Brichetto No. 84-3252. Pages: 13, 16, 18-19, 24-25, 29, 33-35, 41, 43-44, 47-49, 50-57, 59, 61, 67-70, and 71-73. |
| Pl. F | Bill of Sale and Assignment with Exhibit A (Asset Schedule) Exhibit A shows only bulk lot identification 'Citi Retail Services DNC Bulk June 2021 (Macy's)' with number of accounts, sale balance, and purchase price entirely redacted. Plaintiff's name and account number do not appear. (Dkt. 59-3, pages 7-8.) |
| Pl. G | Sandra Ross Declaration Signature Page shows execution date physically altered from 'April 5' to 'May 5, 2026' with the word 'April' crossed out and replaced with 'MAY' in handwriting. (Dkt. 59-3, page 5.) |
| Pl. H | MCM's Internal Call Log (Exhibit 3-4 to Sandra Ross Declaration) shows calls to Plaintiff's account beginning April 27, 2022, approximately two years before the April 1, 2024 period disclosed in Defendants' Motion for Summary Judgment. (Dkt. 59-3, pages 24-25.) |
| Pl. I | Plaintiff's Amended Motion to Compel Discovery Responses, filed March 24, 2026 (Dkt. 44, page 1) confirms Plaintiff formally sought the Master Purchase Agreement and call records before the discovery deadline, with Plaintiff's call log attached as an exhibit to that motion. |
| Pl. J | Defendants' Motion for Extension of Time to File Summary Judgment Motion, filed April 28, 2026 (Dkt. 51, page 1) contains Defendants' materially false representation to this Court that 'the defendants made settlement overtures to Plaintiff' after the April 10, 2026 hearing. |

Respectfully submitted,

Brendalyn King, Plaintiff, Pro Se
22411 Butterfield Road, Apt. 103
Richton Park, IL 60471
fsboninety@yahoo.com

Date: June 04, 2026

## CERTIFICATE OF SERVICE

I, Brendalyn J. King, certify that on the date indicated below, I caused a copy of the foregoing Plaintiff's Exhibit List and attached exhibits to be served upon counsel for Defendants via the Court's electronic filing system and/or First Class U.S. Mail:

Louis J. Manetti, Jr.
louis.manetti@troutman.com
Nicholas D. O'Conner
Nicholas.oconnor@troutman.com
Troutman Pepper Locke LLP
111 South Wacker Drive
Chicago, IL 60606

Date: June 04, 2026

Brendalyn J. King, Plaintiff Pro Se

Case: 1:25-cv-03293 Document #: 39-5 Filed: 05/07/26 Page 2 of 3 PageID #:405

**Brendalyn J. King**
**22411 Butterfield Road #103**
**Richton Park, IL 60471**

**Midland Credit Management**
**P.O. Box 340**
**Waite Park, MN 56387-0340**

November 21, 2024

## <u>NOTICE OF INTENT TO SUE</u>

- VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICE ACT (FDCPA)
- ILLINOIS COLLECTION AGENY ACT (ICAA)
- TELEPHONE CONSUMER PROTECTION ACT (TCPA)

To Whom It May Concern:

Please be advised that you are in violation of the above-mentioned Acts. On 05/02/2024, I received a telephone call to my wireless cell phone from one of your company debt collectors in an attempt to collect an alleged debt. Before ending the telephone conversation, I informed your debt collector that "I REFUSE TO PAY THE ALLEGED DEBT."

I do not know who you are because I do not have any business dealings with your company. You have not provided me with any services, products, etc. I dispute owing ANY debt that you claim that I may owe your company that is in your office.

You have made numerous calls to me after I stated that I refused to pay the alleged debt even by causing my phone to ring on the very next day and repeatedly thereafter, which became annoying and has caused me mental anguish, and elevated high blood pressure.

I will be filing in detail a lawsuit regarding the above-mentioned violations <u>within</u> 15 days after your receipt of this correspondence.

I am willing to amicably settle these matters (violations) with you before filing suit. Please do not contact me by telephone from this point because it will be considered another violation, but by mail only <u>for settling purposes only</u> through the United States Postal Service.

Sincerely,

Brendalyn J. King,

EXHIBIT
P1. A

Breendalyn King
22411 Butterfield Rd
Apt 103
Richton Park IL 60471

9589 0710 5270 1220 0373 78

Retail

U.S. POSTAGE PAID
FCM LG ENV
RICHTON PARK, IL 60471
NOV 26, 2024

62703

$10.45

RDC 99

R2305K136166-41

Illinois Corporation Service Company
801 Adlai
Stevenson Drive
Springfield, IL 62703-4261

MCM 6

Brendalyn King
22411 Butterfield Road Apt #103
Richton Park, IL 60471

Midland Credit Management
350 Camino De La Reina Suite 100
San Diego, CA 92108

March 21, 2025

**VALIDATION AND CEASE AND DESIST**

Re: Brendalyn J. King
22411 Butterfield Rd Apt 103
Account # xxxxxxxxxxxx5961
MCM Account Number: 313525075

Dear Sir/Madam:

I am writing to you regarding the alleged debt referenced above. Do you have the right person? Can you supply me with a contract or agreement signed with your company or the Creditor.

PURSUANT TO THE FDCPA. I WOULD LIKE THE FOLLOWING PROVIDED:

- THE NAME AND ADDRESS OF THE ORIGINAL AND CURRENT CREDITOR.
- VERIFICATION OF THE DEBT AMOUNT THAT YOU ARE SEEKING TO COLLECT SHOWING THAT A CONTRACT EXISTS TO CREATE THE AMOUNT THAT YOU CLAIM IS OWED.
- ALL THE ASSIGNMENTS SHOWING THE DEBT TRANSFER FROM THE ORIGINAL CREDITOR TO THE CURRENT CREDITOR.
- PLEASE PROVIDE ME WITH PROOF THE DEBT WAS SECURITIZED BY THE ORIGINAL CREDITOR.
- PLEASE SHOW THE ASSIGNMENTS OF THE DEBT FROM THE ORIGINAL CREDITOR TO THE SECURED TRUST AND THEN BACK TO THE ORIGINAL CREDITOR.
- PLEASE PROVIDE THE FULL ACCOUNT NUMBER FROM THE ORIGINAL CREDITOR.
- PLEASE PROVIDE ME WITH ORIGINAL ACCOUNT LEVEL DOCUMENTATION

**PLEASE CEASE AND DESIST FROM COLLECTING ON THIS DEBT UNTIL YOU HAVE VALIDATED THE DEBT**

Please do not look at my credit report or report anything to my credit. I dispute I owe this debt amount to you.

**PERMISSABLE PURPOSE**

Please state why you have a permissible purpose to contact my credit. I dispute this

EXHIBIT
Pl. B

**IF YOU PASS THIS ON TO ANOTHER COLLECTOR**

I dispute that I owe this debt to you. If you pass this on to another debt collector, please provide them notice of my dispute to owing this debt. Thank you for your immediate cooperation.

Brendalyn J. King

VIA USPS CERTIFIED MAIL RETURN RECEIPT# 70210950000054175844
TRACKING # 9590940266711060986749

BRENDALYN J. KING
22411 BUTTERFIELD ROAD APT #103
RICHTON PARK, IL 60471

7021 0950 0000 5417 5844

RDC 99

92108

U.S. POSTAGE
FCM LETTER
HOMEWOOD, I
MAR 25, 2025

$9.68

S2324D501375

MIDLAND CREDIT MANAGEMENT, INC.
350 CAMINO DE LA REINA SUITE#100
SAN DIEGO, CA 92108

03/28/25 11:53:24-A
92108-308999
MCM 3

EXHIBIT
Pl. C

# COLLECTION COMMUNICATIONS LOG

**INSTRUCTIONS:**

1. **DOCUMENT** immediately every communication you have with any debt collector, whether by letter, by phone or by message. Make detailed notes of any conversations you have with a debt collector during the conversation. Keep this log next to your phone.
2. **SAVE** every single voice mail, answering machine, collection letter, and paper message. Don't throw anything away, including the envelopes that the collection letters come in or anything included with the collection letter.

| DATE of Call? (MM/DD/YY) | TIME of Call? | FROM: What phone number/name showed up on your caller ID? | TO: What number did they call you on? | SPECIAL NOTES: What Did Collector Say? Amount Demanded? Payment Terms? Threats? Profanity? Harassment? Legal Action? Calls to Friends or Neighbors? Abuse? (Use as many lines or pages as needed) |
|---|---|---|---|---|
| 05/02/24 | 11:13 PM | (1) 866 MCM 387-7741 | 708 998-1111 | MCM Rep, called and asked for Brendalyn King, I asked who's calling? MCM Rep asked again, is this Brendalyn King? Again I asked who's calling? MCM Rep. we have to verify who were speaking to. Yes I'm Brendalyn King and your date of birth is 10/14/50? Yes! You live at 22411 Butterfield Rd Apt 103 Richton Park IL 60473? Yes, who am I speaking with? MCM Rep, were calling a debt, and your name is? Mark Burgess This call is being recorded on a recorded line. I refused to pay alleged debt and hung up. |
| 05/03/24 | 6:03 AM | (1) 866-MCM 387-7741 | 708 998-1111 | Missed call |
| 05/05/24 | 12:37 PM | (1) 866-MCM 387-7741 | 708 998-1111 | Missed call |

Call Log[1].doc

EXHIBIT
Pl. D

# COLLECTION COMMUNICATIONS LOG

**INSTRUCTIONS:**

1. **DOCUMENT** immediately every communication you have with any debt collector, whether by letter, by phone or by message. Make detailed notes of any conversations you have with a debt collector during the conversation. Keep this log next to your phone.
2. **SAVE** every single voice mail, answering machine, collection letter, and paper message. Don't throw anything away, including the envelopes that the collection letters come in or anything included with the collection letter.

| **DATE** of Call? (MM/DD/YY) | **TIME** of Call? | **FROM:** What phone number/name showed up on your caller ID? | **TO:** What number did they call you on? | **SPECIAL NOTES:** What Did Collector Say? Amount Demanded? Payment Terms? Threats? Profanity? Harassment? Legal Action? Calls to Friends or Neighbors? Abuse? (Use as many lines or pages as needed) |
|---|---|---|---|---|
| 05/05/24 | AM 10:44 | (1)800 MCM 358-4153 | 708-998-1111 | Missed call |
| 05/07/24 | PM 2:12 | (1) 866-MCM 387-7741 | 708 998-1111 | Missed call |
| 05/09/24 | Not Shown | (1)866-MCM 204-3941 | 708-998-1111 | Missed call |
| 05/09/24 | 10:16am | (1) 866 MCM 204-3941 | 708 998-1111 | Missed call |
| 05/09/24 | 10:17am | (1) 866 - MCM 204-3941 | 708-998-1111 | Missed call |
| 05/11/24 | 8:59am | (1) 800-MCM 341-1437 | 708-998 1111 | Missed call |
| 05/13/24 | 9:59am | (1)800 MCM 290-4014 | 11 | MCM Rep called and ask for Brendalyn King when through them verifing my infor-mation, I stated again asking whom I was speaking with, Not albe to completely understand them, with their accent, I believe his name was Deter |

Call Log[1].doc

# COLLECTION COMMUNICATIONS LOG

**INSTRUCTIONS:**

1. **DOCUMENT** immediately every communication you have with any debt collector, whether by letter, by phone or by message. Make detailed notes of any conversations you have with a debt collector during the conversation. Keep this log next to your phone.
2. **SAVE** every single voice mail, answering machine, collection letter, and paper message. Don't throw anything away, including the envelopes that the collection letters come in or anything included with the collection letter.

| **DATE** of Call? (MM/DD/YY) | **TIME** of Call? | **FROM:** What phone number/name showed up on your caller ID? | **TO:** What number did they call you on? | **SPECIAL NOTES:** What Did Collector Say? Amount Demanded? Payment Terms? Threats? Profanity? Harassment? Legal Action? Calls to Friends or Neighbors? Abuse? (Use as many lines or pages as needed) |
|---|---|---|---|---|
| 05/13/24 | | | | Cont: OR Detra Martin. Again after being informed this call was being recorded Regarding a debt, I informed him that I was Not paying an alleged debt and hung up. |
| 05/15/24 | 12:27 PM | (1) 800-MCM 341-1437 | 708 998-1111 | Missed call |
| 05/17/24 | 9:31AM | (1) 800-MCM 257-1620 | 708 998-1111 | Missed call |
| 05/19/24 | 1:21PM | (1) 800-MCM 290-3072 | 708 998-1111 | Missed call |
| 05/21/24 | 11:36AM | (1) 800 MCM 289-6435 | 708 998-1111 | MCM Rep-called and ask for Brendilyn King when trough them verifing my information I stated again asking whom I was Speaking with? MCM Rep informed me call was being recorded on line Regarding a debt. His name was Henry |

Call Log[1].doc

# COLLECTION COMMUNICATIONS LOG

**INSTRUCTIONS:**

1. **DOCUMENT** immediately every communication you have with any debt collector, whether by letter, by phone or by message. Make detailed notes of any conversations you have with a debt collector during the conversation. Keep this log next to your phone.
2. **SAVE** every single voice mail, answering machine, collection letter, and paper message. Don't throw anything away, including the envelopes that the collection letters come in or anything included with the collection letter.

| **DATE** of Call? (MM/DD/YY) | **TIME** of Call? | **FROM:** What phone number/name showed up on your caller ID? | **TO:** What number did they call you on? | **SPECIAL NOTES:** What Did Collector Say? Amount Demanded? Payment Terms? Threats? Profanity? Harassment? Legal Action? Calls to Friends or Neighbors? Abuse? (Use as many lines or pages as needed) |
|---|---|---|---|---|
| 5/21/24 | | | 708 998-1111 | Con't - Riceman. Once again stated i Refused to pay alleged debt and hung up |
| 05/30/24 | 5:25 PM | (1) 800-MCM 353-9070 | 708 998-1111 | MCM Rep: called and ask for Brendalyn King. They went thru verifing my information, and that this call was being recorded on line for a debt. again I asked whom I was speaking with? MCM Rep stated her name was Natasha Miller. once again I stated, I refused to pay alleged debt and hung up. |
| | | | | |
| | | | | |
| | | | | |

Call Log[1].doc

defendants, Midland Credit, Midland Funding and Encore, contacted you regarding an account; is that right?

A. Yes.

Q. Okay. Are you familiar with the type of account that they're asserting or what that debt or account is?

A. Yes.

Q. Okay. Could you describe it for me?

A. A department store.

Q. Department store credit card; correct?

A. Yes.

Q. I want to show you -- Ms. King, what are you looking for in your bag?

A. I didn't know I couldn't look in my bag.

Q. No, what are you looking for?

Ms. King, I want to show you what's been marked Defendants' Exhibit 11. Do you recognize that?

(Witness peruses document.)

Ms. King, I'm not trying to trick you. That's a copy of your responses to Midland Credit's --

A. But I'd like to know for my --

Q. You can review it. You can peruse it to your level of satisfaction that that is what I say it is. You can read the whole thing.



EXHIBIT
Pl. E

Q. Ms. King, if this is how we are going to proceed today and if there are going to be attempts to derail this deposition or waste time, I will take the appropriate action. Do you understand?

A. Yes.

Q. Ms. King, I want you to turn to Page 11. Are you there?

A. I am.

Q. Okay. Interrogatory 11 says: "Describe specifically every instance of reporting to the Federal Trade Commission that the account was the result of identity theft." Do you see that?

A. Yes.

Q. Your response is: "Plaintiff objects to this interrogatory to the extent it assumes facts not in evidence and presumes that plaintiff has alleged identity theft regarding the alleged account. Subject to and without waiving these objections plaintiff responds as follows: Plaintiff has not reported to Federal Trade Commission that the alleged account was the result of identity theft because plaintiff's claims are not based on identity theft." Do you see that, Ms. King?

A. Yes.

Q. So you're not alleging that this account was

A. Right. But are you saying I'm not saying I have an account or I never had an account?
Q. You're saying you don't recall if you ever had a Macy's National Department Store credit card?
A. I don't recall.
Q. Right. How do you explain the existence of this account if it wasn't by identity theft?
A. I don't recall.
Q. No. No. No. I'm not asking if you recall anything. This account exists.
A. Um-hum.
Q. It exists in your name; correct?
A. Do you have proof it is in my name?
Q. That's not the question. This account is in your name; yes?
A. Yes.
Q. How do you account for its existence if we're both clear that there was no identity theft?
A. I'm not saying it doesn't exist.
Q. Okay. Ms. King, what's your Social Security number?
A. [redacted]
Q. Go on.
A. You should have that already though; right?

Q. I want the information.
A. Last four, [redacted].
Q. What's the middle two?
A. So am I supposed to provide that for you or should you have that already?
Q. I'm asking you what's your Social Security number.
A. [redacted]
Q. Ms. King, what claims are you making against the defendants in this case?
A. They're already in my records.
Q. Describe them.
A. Overly abundant calls, stress, anxiety, alleged calls, alleged debts.
Q. Anything else?
A. Everything else is in the records.
Q. I'll take that exhibit back, please.
A. Um-hum.
Q. Thank you. Ms. King --
THE WITNESS: And at some point I would like to use the restroom not necessarily now but within the next five minutes just to make you aware.
MR. MANETTI: Absolutely. If you want to go now, you can go now.

Q. Did you have any help?
A. No.
Q. Ms. King, I would like you to go to Page 3. Let me know when you're there.
A. I'm there.
Q. Okay. I'm at paragraph 18 at the bottom of the page. It says: "On May 2nd, 2024 at 11:43 a.m. CST talked with debt collector agent Mark -- named Mark Burgess." Can you describe the call from this date with any further detail?
A. I spoke with the agent and asked him not -- to stop calling me for an alleged debt, the same thing I told them before -- stop calling me for an alleged debt.
Q. Regarding this call that you allege on May 2nd, 2024, how do you know the caller was from Midland Credit?
A. My phone shows the call came from Midland Credit.
Q. Your cellular phone?
A. Yes.
Q. It didn't indicate any other -- so on the call screen on your phone along with the number it shows that's dialing you it said Midland Credit?
A. Yes.

Q. Did it say Encore?
A. I don't recall.
Q. Did it say Midland Funding?
A. I don't recall.
Q. Can you describe how this May 2nd, 2024 call was harassing?
A. They called me. It's a disturbance.
Q. Can you describe how this call was deceptive?
A. No.
Q. Can you describe any other reason you're suing the defendants because of this May 2nd, 2024 call as alleged in paragraph 18?
A. Repeat the question.
Q. Is there any other reason you're suing the defendants because of this May 2nd, 2024 call?
A. It's not about one call. It's about all the calls.
Q. I'm going to get to them as a group.
A. Okay.
Q. I want to make sure I have the details of each one right. Make sense? Okay.
Do you have any documentation of this May 2nd, 2024 call?
A. The call log that I provided to you.

question. So was this call -- let me try and ask it this way: This May 3rd call that you allege in paragraph 19, was it from Encore?

A. It was from Midland.

Q. Okay. So not Encore?

A. No.

Q. Okay. Not Midland Funding?

A. No.

Q. Okay. Can you describe how this call, this May 3rd, 2024 call in paragraph 19 was harassing?

A. The call itself called me was harassing. When you intentionally call someone and you repeatedly ask someone to stop calling you, it's harassment. Why are you calling me? I don't owe them anything, not even a shoelace, so it becomes harassment.

Q. Any other reason it was harassing?

A. Pardon?

Q. Is there any other reason that it was harassing?

A. The calls?

Q. Yes.

A. The calls themselves are harassing. They're stressful. It's anxiety.

Q. I'm not asking about the effect but the calls

A. The violations. That's it.
Q. Okay. Do you have any documentation of this May 5th, 2024 call?
A. I have the same information for each and every call on the log.
Q. Okay.
A. I have the same information.
Q. I think we can -- if we want to wrap up that issue for all these, let me specify. Your documentation for all the calls, if you look -- more broadly, your documentation for all the calls that you're alleging and specifically --
A. Right.
Q. -- specifically including your allegations from paragraph 18 through paragraph --
A. Right but --
Q. Let me finish my question.
A. I'm sorry.
Q. The documentation of the calls you're alleging in this case is the call log that was attached to your motion to compel; is that correct?
A. That's a part of it, yes.
Q. What's the other part?
A. They have violations against me when they

A. Yes. For these particular calls that we just referred to, yes.

Q. Okay. I think we're going to have to keep going.

All right. If you could look at paragraph 21. It alleges a May 5th, 2024 call from 12:37 p.m. Do you see that, paragraph 21.

A. May 21st?

Q. Paragraph 21, May 5th.

A. Oh, paragraph 21.

Q. Yes.

A. Okay. What about it?

Q. The May 5th, 2024 call, it alleges 12:37 p.m. Can you describe the call from this date with any more detail than is already in the Complaint?

A. No.

Q. How do you know the caller was Midland Credit?

A. It's in my phone history. It comes up as Midland Credit and it's in my phone history.

Q. Okay. How about this for all these calls as we go through them: For all these calls is it fair to say that you're saying it was from Midland Credit because it showed up as Midland Credit in your phone --

2024 at 8:59 a.m. For this May 11th call, can you describe the call from this date with any greater degree of specificity other than what's in the Complaint?

A. No.

Q. Can you describe how this call was harassing?

A. Same as previous.

Q. Can you describe any other reason you're suing the defendants because of this call?

A. Same as previous.

Q. And your documentation for this call is the call log you produced to the motion to compel?

A. Along with my phone history, yes.

Q. Okay. Paragraph 27, the May 13th, 2024 call 9:59 a.m., it says: "Talked with debt collector agent named Detra Martin." Can you describe this call with any greater degree of specificity than is alleged in the Complaint?

A. I think at this point that was the third time that I spoke with an agent and asked them to stop calling me. I refuse to pay this alleged debt.

Q. Any other details you can recall?

A. No.

Q. You said it's the third time you engaged in discussion with someone from Midland Credit?

A. Yeah.
Q. Okay.
A. But I knew it was at least two. Like I said, I had a stroke before, so I have to try to remember, but I knew it was two but it was actually more than three.
Q. Okay. You've referenced it a couple times now. Without getting into too much detail, approximately when did you have a stroke?
A. Two -- well, I had one stroke in 2016. I had Bell's palsy. I'm not certain if I had a third one, but I know I had the Bell's palsy and I know I had that stroke in 2016 that I remember.
Q. Okay. I know you said you just take a little bit to process information sometimes if that's what you need.
A. Yeah, when I'm talking. I do good when I'm doing what I do, but sometimes when I'm speaking, the words don't always come to me. I forgot what they call that. It's something that goes along with having a stroke, so I know words. I know what I'm saying but it doesn't always come to the front of my mind.
Q. I see. I see.
And it's not -- just to get it out of the way, it's not impacting your answers today, is it?

A. I would hope not.
Q. Okay. So going back to this May 13th, 2024 alleged call at 9:59 a.m., can you describe the call?
A. What date are we on again?
Q. We are on -- so it's paragraph 27 of the Complaint --
A. Okay.
Q. -- the May 13th, 2024 call at 9:59 a.m.
A. Yeah. Excuse me. Let me put my sweater on. I'm getting a little cold.
Q. Sure.
(Brief pause.)
A. All right. That's better.
Q. Okay. Are you still with me with paragraph 27?
A. May 13th, yes.
Q. Ms. King, can you describe the call from this date with any further degree of specificity than is in the Complaint?
A. No, no more than what I just told you.
Q. Can you describe how this call was harassing?
A. It was harassing 'cause they had continuously been calling me.
Q. Okay. Any other reason?

Q. The next paragraph down, paragraph 31, it alleges a May 21st, 2024 call at 11:36 a.m. It says: "Talked with debt collector agent Henry Riceman." Ms. King, can you describe the call from this date with any further specificity as what's alleged in the Complaint?

A. No, other than the fact that each time that I spoke to a debt collector each time I said to them please stop calling me, I refuse to pay this alleged debt.

Q. Can you describe how this call was harassing?

A. The fact that they called me. The same as before.

Q. Can you describe any other reason you're suing defendants because of this call?

A. For the violations that they've committed.

Q. And the documentation for this call is the call log you provided?

A. The same as before, yes.

Q. In paragraph 32 it alleges a May 30, 2024 call at 5:25 p.m. It says: "Talked with debt collector agent Natasha Miller." Ms. King, can you describe this call with any further specificity as what's in the Complaint?

A. No. As before, with each agent I said to them I refuse to pay this alleged debt, please stop

continued to get calls and calls and calls. It's very harassing.

Q. So it's the number of calls taking place?

A. It's the fact that they're calling me. It's no reason for them to call me because I don't owe this alleged debt.

Q. Does your grandson live with you?

A. No.

Q. But you babysit him occasionally?

A. I babysit him quite a month -- quite a lot.

Q. Okay. Did you ever relay to the defendants that you were trying to put an infant to sleep?

A. I shouldn't have to.

Q. And regarding these calls as a whole, you're not saying that these calls were deceptive; correct?

A. I don't know that you would call them deceptive. And I'm being honest. I don't know that you would call them deceptive, but sometimes when somebody calls, sometimes you just holding the phone.

Q. What do you mean by that?

A. Well, I can't really say that. If I know that you're calling me and you're not saying anything but I know your number is from a call that I received previously. So I don't know. Maybe it takes awhile.

Maybe it's that they don't answer but maybe it's like it takes a few seconds or whatever before I hear them. Maybe that's what it is. I can't say they didn't call. I mean maybe that's what it is. Maybe it just takes a few seconds sometime and then I hear somebody.

Q. Okay. So your previous answer was that you didn't -- you don't really know if you recall these -- you would characterize these calls as a whole deceptive?

A. I can't say the calls on a whole are deceptive. No, I can't make that statement.

Q. Okay. Is there any -- can you describe any other reason you're suing the defendants because of these calls as a whole?

A. Because of the violations. That's it. They call me. They harass me.

Q. Ms. King -- I can take that Complaint back. Thanks.

I show you what's been marked Defendants' Exhibit 6. It's a document entitled "Summary Level Document." It's labeled as Exhibit C to your motion to compel discovery. Ms. King, this is the call log that you're referring to in your --

A. No.

Q. No?

What I got was what you just put in your bag.

A. Yeah, no, you got something else too though. You got the original. I'll make certain that you have -- you should have it because I know I gave you that previously. There's a -- okay. I'll make certain if you don't have it, but I'm pretty sure you will once I get home and get -- go through my paper and I'll look to see to make certain that you had it. If not, I'll reach out to you.

Q. Okay. That sounds great.

A. Is that fair enough?

Q. That sounds great.

A. Okay.

Q. That sounds great.

As you sit here, are there, other than what we just went over, each of those paragraphs, are there any other calls that you're alleging?

A. I don't know if -- I can't say for certain. I can't say for certain.

Q. Okay. If you had documentation, your own records of the calls --

A. Right.

Q. -- would they be anywhere else but on your phone?

Q. Okay. Any other claims that you're making about your credit information?
A. No.
Q. Okay. Can you describe why you don't think Midland Credit owns the account in this case?
A. You have not provided me with the master agreement, with the bill of sale. I don't see anything on there with my name. Where is it that I have a -- where is it that that is my account?
Q. Any other reason?
A. No.
Q. Okay. Let's look at the bill of sale. I'm handing you what's been labeled Defendants' Exhibit 7.
A. Right. So who is this person?
Q. Wait. Let me ask a question, Ms. King.
Okay. This is a document entitled Bill of Sale and Assignment Bates stamped MCM 9 through MCM 12. Ms. King, if you could go to the second paragraph, second paragraph four lines down after it says "Agreement." Are you there?
A. Um-hum.
Q. It says: "Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to buyer and to buyer's successors and assigns the account

that this assignment was ineffective?

A. Yes.

Q. Why is that?

A. Who is this -- whose signature is this at the bottom? National Store Bank, whose signature is that? Because I don't know these people. How do I know --

Q. You dispute the assignment -- if I'm understanding you correctly, you dispute the assignment because you don't know the individuals who are signing --

A. What I'm saying is are -- is this the person that you're saying I signed something with when I signed it originally? Is that what you're saying? You're saying that -- okay. You're saying that this is from Macy's. If I had an account with Macy's, wouldn't you have to have the document where I signed the application with Macy's?

Q. Let me ask the questions, Ms. King.

You would need -- you're disputing it because you don't have a contract with your signature on it; is that correct?

A. Yes.

Q. Okay. And because you're not familiar with the signatories to the Bill of Sale and Assignment; correct?

contact plaintiff's cell phone without her prior expressed consent, in violation of 47 U.S.C. Section 227 (b)(1)(A)(iii)." Do you see that?

A. Yes.

Q. Ms. King, what makes you think that defendants used an autodialer to contact you on your telephone?

A. Because when I pick up my phone, I don't hear anyone immediately.

Q. Is there any other reason?

A. No. It's like it's a delay and then I hear someone.

Q. Do you have any documents to support your claims?

A. No.

Q. Are you basing your TCPA claims on anything else?

A. No.

Q. I can take that back.

Ms. King, can you describe your claims against Encore individually?

A. Encore is the parent group of Midland Credit and Midland Funding, so Encore is supposed to know what's going on with Midland Funding and Midland Credit, so

A. Yes.

Q. What about their relationship makes your claims against Midland Funding appropriate?

A. Because they're part of the family group, Encore, Midland Funding and Midland Credit.

Q. Do you think Midland Funding has the ability to control Midland Credit's actions?

A. I can't answer that.

Q. Is there anything else aside from the corporate relationship structure that you're basing your claims against Midland Funding on?

A. No.

Q. And Midland Funding never contacted you directly; correct?

A. That's correct.

Q. And you never contacted Midland Funding directly; is that correct?

A. That's correct.

Q. Are there any other facts other than what we've discussed this morning and afternoon on which you're basing your claims against the defendants?

A. No.

Q. What are you claiming for damages against the defendants?

A. It's in my record. It's in the Complaint.

Q. Let me go back to Exhibit 11 that you've already gone over. These are Exhibit 11, Plaintiff Brendalyn King's Responses to Defendant Midland Credit Management, LLC's First Set of Interrogatories.

A. Right.

Q. Ms. King, are the responses you gave to these interrogatories accurate and complete to the best of your knowledge?

A. Yes, sir.

Q. Okay. I would like you to turn to Page 13. Please let me know when you're there.

A. I'm there.

Q. Your response to interrogatory number 13, about halfway down it says: "As a result of Defendants' conduct, plaintiff experienced," and there are six bullet points. The first one says: "Stress and anxiety caused by repeated and unsolicited phone calls." Can you describe this bullet point with any further detail other than what's said in the response to the interrogatory?

A. I don't know how to explain stress and anxiety to you. Nervousness, stressful. I don't know how to explain stress to you, sir, but it's not a good feeling. If I'm stressful, then -- you know, I had my

A. No.

Q. -- about frustration and emotional upset?

A. No.

Q. The third bullet point: "Distress related to Defendants' continued reporting of the alleged account under credit reports." Anything further with distress other than what's --

A. No.

Q. -- said in that bullet point?

The fourth bullet point: "Concern regarding damage to her personal financial reputation." Anything further regarding concern other than what's already been said?

A. No.

Q. The fifth bullet point: "Time and inconvenience spent reviewing credit reports, drafting correspondence, maintaining e-mail call logs and preparing Complaints." Anything in the time and inconvenience in this bullet point other than what's written?

A. No.

Q. The last one: "Emotional strain associated with ongoing litigation." Anything from that sixth bullet point that isn't already stated?

Contract ID: EN8MUMAA043021
Addendum ID: EN8MUMAA062321C4
Document ID: 061621MC1MC23BB1

# BILL OF SALE AND ASSIGNMENT
## 2Q2021 Citi Retail Services Do Not Call Bulk

THIS BILL OF SALE AND ASSIGNMENT dated June 29, 2021, is by Department Stores National Bank, a national banking association located at 5800 South Corporate Place, Sioux Falls, SD 57108 ("DSNB") and Citibank, N.A., a national banking association located at 5800 South Corporate Place, Sioux Falls, SD 57108 ("CBNA", and together with "DSNB", collectively "Bank"), to Midland Credit Management, Inc., a corporation organized under the laws of Kansas, with its headquarters/principal place of business at 350 Camino De La Reina, Suite 100, San Diego, CA 92108 ("Buyer").

For value received and subject to the terms and conditions of the Master Purchase and Sale Agreement dated April 30, 2021, between Buyer and Bank (the "Master Purchase Agreement"), and that certain Addendum No. 4 dated June 23, 2021, between Buyer and Bank (the "Addendum", and together with the Master Purchase Agreement, the "Agreement"), Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts summarized on the Asset Schedule attached hereto as Exhibit A and included in the Final Electronic File. Capitalized terms not defined herein shall have the definition ascribed in the Agreement.

With respect to information for the Accounts summarized on the Asset Schedule and included in the Final Electronic File, Bank represents and warrants to Buyer that (i) the Account information constitutes Bank's own business records and accurately reflects in all material respects the information in Bank's database; (ii) the Account information was kept in the regular course of business; (iii) the Account information was made at or near the time by, or from information transmitted by, a person with knowledge of the data entered into and maintained in the Account's database; and (iv) it is the regular practice of Bank's business to maintain and compile such data.

CITIBANK, N.A.

By: ______________________
(Signature)

Name: Terri Bergman

Title: Authorized Party

DEPARTMENT STORES NATIONAL BANK

By: ______________________
(Signature)

Name: Terri Bergman

Title: Authorized Party

MIDLAND CREDIT MANAGEMENT, INC.

By: ______________________
(Signature)

Name: Sarah Cosgrave

Title: MVP of Business Development

EXHIBIT
Pl. F





Ex. 3-1

Contract ID: EN8MUMAA043021
Addendum ID: EN8MUMAA062321C3
Document ID: 061621MC1MC23BA1

## Exhibit A to Bill of Sale

The individual Accounts transferred are described in the final electronic file named Encore-CRS-Do-Not-Call-Bulk-0621, and delivered by the Bank to Buyer, the same deemed attached hereto by this reference.

| Lot | Sale ID | # of Accounts | Sale Balance | Cut-Off Date | Purchase Price Percentage |
|---|---|---|---|---|---|
| Citi Retail Services DNC Bulk – June 2021 (Macy's) | 061621MC1MC23B | [redacted] | | 6/16/2021 | [redacted] |

21. MCM does not use equipment with the capacity both to store or produce telephone numbers to be called, using a random or sequential number generator, and to dial such numbers to call account holders.

22. Specifically, MCM's telephone equipment does not use a random or sequential number generator.

Executed on ~~April~~ May 5, 2026

By: Sandra R[illegible]
Title: MANAGER, PROCESS EXCELLENCE

State of ___________

County of _______

The foregoing instrument was subscribed and sworn to before me this ____________ (date), by _________________ (name(s) and title(s) of authorized affiant(s)) of Midland Credit Management, Inc.

See Attached
(signature of notary)

(seal)

Nicholas D. O'Conner
Louis J. Manetti, Jr.
Bar No. 102155
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Chicago, Illinois 60606
312.443.1726 (LJM)
Nicholas.OConner@troutman.com
Louis.Manetti@troutman.com

EXHIBIT
P1. G

| rowid | seqno | call_type | lm_rowid | cb_rowid | listid | appl | lm_filler1 | lm_filler2 | lm_filler3 | lm_filler4 | act_date | act_time | areacode | phone | ter | info | country_id | time_connect | time_acw | addl_status | status | time_hold | d_record_id | d_device_id | caller_ani | caller_name | phone_type | phone_descr | grp | compliance | delayed_connect | SourceHost | InsRunID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1115325027 | 1115325027 | 1 | 52713 | 0 | 50001 | ENGH | 13111213 | 313525075 | 383995636 | 5 | 4/27/2022 | 63639 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1121091460 | 1 | 8447235309 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2326983 |
| 1149856158 | 1149856158 | 1 | 53835 | 0 | 50001 | ENGH | 13111213 | 313525075 | 910696 | 4 | 6/6/2022 | 62610 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1155884517 | 1 | 9473339062 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2397680 |
| 1156249602 | 1156249602 | 1 | 125532 | 0 | 50001 | ENGH | 13111213 | 313525075 | 4095558 | 2 | 6/11/2022 | 122430 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1162302080 | 1 | 9473339045 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2410067 |
| 1156297692 | 1156297692 | 1 | 23851 | 0 | 50001 | ENGH | 13111213 | 313525075 | 2728759 | 1 | 6/12/2022 | 62533 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1162352361 | 1 | 5405460052 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2411315 |
| 1159118762 | 1159118762 | 1 | 127290 | 0 | 50001 | ENGH | 13111213 | 313525075 | 19051369 | 1 | 6/15/2022 | 71749 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1165184268 | 1 | 8448669927 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2416852 |
| 1163631855 | 1163631855 | 1 | 152333 | 0 | 50001 | ENGH | 13111213 | 313525075 | 47431420 | 2 | 6/20/2022 | 75511 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1169716890 | 1 | 8449234585 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2426029 |
| 1168095442 | 1168095442 | 1 | 104312 | 0 | 50001 | ENGH | 13111213 | 313525075 | 63757295 | 2 | 6/23/2022 | 102907 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1174180950 | 1 | 8665202330 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2431697 |
| 1172600540 | 1172600540 | 1 | 49416 | 0 | 50001 | ENGH | 13111213 | 313525075 | 90801477 | 3 | 6/28/2022 | 62812 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1178717848 | 1 | 6198417358 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2439953 |
| 1174138622 | 1174138622 | 1 | 77461 | 0 | 50001 | ENGH | 13111213 | 313525075 | 96952186 | 3 | 6/29/2022 | 63936 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1180262312 | 1 | 4808661028 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2441618 |
| 1183118011 | 1183118011 | 1 | 100790 | 0 | 50001 | ENGH | 13111213 | 313525075 | 151305362 | 2 | 7/8/2022 | 105239 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1189253055 | 1 | 8582511866 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2456700 |
| 1184357329 | 1184357329 | 1 | 47846 | 0 | 50001 | ENGH | 13111213 | 313525075 | 166818968 | 1 | 7/11/2022 | 70022 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1190508100 | 1 | 4808661044 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2461268 |
| 1188611369 | 1188611369 | 1 | 69541 | 0 | 50001 | ENGH | 13111213 | 313525075 | 185262725 | 1 | 7/14/2022 | 73008 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1194755300 | 1 | 8777371578 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2466371 |
| 1192361904 | 1192361904 | 1 | 76221 | 0 | 50001 | ENGH | 13111213 | 313525075 | 202798684 | 2 | 7/17/2022 | 81723 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1198491080 | 1 | 8008109941 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2471295 |
| 1194602865 | 1194602865 | 1 | 31579 | 0 | 50001 | ENGH | 13111213 | 313525075 | 212203773 | 1 | 7/19/2022 | 63049 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1200739493 | 1 | 6236337205 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2474346 |
| 1197837738 | 1197837738 | 1 | 81373 | 0 | 50001 | ENGH | 13111213 | 313525075 | 226147086 | 1 | 7/21/2022 | 81443 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1203953559 | 1 | 8668178599 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2477963 |
| 1201829562 | 1201829562 | 1 | 11339 | 0 | 50001 | ENGH | 13111213 | 313525075 | 245539172 | 1 | 7/25/2022 | 61330 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1207954108 | 1 | 8449234593 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2485872 |
| 1207451175 | 1207451175 | 1 | 98652 | 0 | 50001 | ENGH | 13111213 | 313525075 | 267349073 | 1 | 7/28/2022 | 105453 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1213546530 | 1 | 8449234585 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2493080 |
| 1209169164 | 1209169164 | 1 | 80317 | 0 | 50001 | ENGH | 13111213 | 313525075 | 272331914 | 1 | 7/29/2022 | 111631 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1215254583 | 1 | 5409002076 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2495314 |
| 1211839580 | 1211839580 | 1 | 88356 | 0 | 50001 | ENGH | 13111213 | 313525075 | 289686451 | 1 | 8/1/2022 | 123839 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1217931630 | 1 | 8668178599 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2500292 |
| 1212624191 | 1212624191 | 1 | 27170 | 0 | 50001 | ENGH | 13111213 | 313525075 | 292251548 | 1 | 8/2/2022 | 63110 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1218733320 | 1 | 5409002073 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2500623 |
| 1216778168 | 1216778168 | 1 | 95319 | 0 | 50001 | ENGH | 13111213 | 313525075 | 307450863 | 1 | 8/4/2022 | 112549 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1222874201 | 1 | 4808661057 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2504630 |
| 1218889082 | 1218889082 | 1 | 112374 | 0 | 50001 | ENGH | 13111213 | 313525075 | 313770281 | 1 | 8/5/2022 | 131739 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1224986599 | 1 | 8009311118 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2506542 |
| 1222265698 | 1222265698 | 1 | 122263 | 0 | 50001 | ENGH | 13111213 | 313525075 | 330481327 | 2 | 8/8/2022 | 105700 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1228416691 | 1 | 6026665616 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2510344 |
| 1223520507 | 1223520507 | 1 | 61992 | 0 | 50001 | ENGH | 13111213 | 313525075 | 333554626 | 2 | 8/9/2022 | 75159 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1229686814 | 1 | 3202075414 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2511779 |
| 1227427510 | 1227427510 | 1 | 17706 | 0 | 50001 | ENGH | 13111213 | 313525075 | 343105595 | 3 | 8/11/2022 | 62836 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1233593394 | 1 | 6236337189 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2515656 |
| 1229470046 | 1229470046 | 1 | 45829 | 0 | 50001 | ENGH | 13111213 | 313525075 | 349998543 | 3 | 8/12/2022 | 82701 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1235624098 | 1 | 8779008549 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2517514 |
| 1236394949 | 1236394949 | 1 | 18628 | 0 | 50001 | ENGH | 13111213 | 313525075 | 376959701 | 4 | 8/17/2022 | 62724 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1242561807 | 1 | 9473339054 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2524767 |
| 1238484972 | 1238484972 | 1 | 55921 | 0 | 50001 | ENGH | 13111213 | 313525075 | 384165085 | 4 | 8/18/2022 | 84700 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1244630787 | 1 | 6026665022 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2526319 |
| 1240089377 | 1240089377 | 1 | 28250 | 0 | 50001 | ENGH | 13111213 | 313525075 | 388954202 | 4 | 8/19/2022 | 70140 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1246247383 | 1 | 4808661038 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2527755 |
| 1242615287 | 1242615287 | 1 | 4563 | 0 | 50001 | ENGH | 13111213 | 313525075 | 399527281 | 3 | 8/21/2022 | 61148 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1248767610 | 1 | 8447235311 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2531364 |
| 1245112312 | 1245112312 | 1 | 19417 | 0 | 50001 | ENGH | 13111213 | 313525075 | 411105661 | 2 | 8/23/2022 | 63827 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1251276200 | 1 | 8665202311 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2535142 |
| 1248199050 | 1248199050 | 1 | 105190 | 0 | 50001 | ENGH | 13111213 | 313525075 | 422012099 | 2 | 8/24/2022 | 151139 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1254351452 | 1 | 8445367423 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2538596 |
| 1248570836 | 1248570836 | 1 | 1493 | 0 | 50001 | ENGH | 13111213 | 313525075 | 422112025 | 2 | 8/25/2022 | 60529 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1254726330 | 1 | 9472045310 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2539419 |
| 1250944651 | 1250944651 | 1 | 70997 | 0 | 50001 | ENGH | 13111213 | 313525075 | 430353320 | 2 | 8/26/2022 | 121440 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1257087487 | 1 | 9473330106 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2542730 |
| 1251866569 | 1251866569 | 1 | 21450 | 0 | 50001 | ENGH | 13111213 | 313525075 | 434425880 | 1 | 8/27/2022 | 85426 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1258014064 | 1 | 8445462665 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2544267 |
| 1252613705 | 1252613705 | 1 | 6150 | 0 | 50001 | ENGH | 13111213 | 313525075 | 439536050 | 1 | 8/28/2022 | 62015 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1258770841 | 1 | 2482150532 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2546898 |
| 1256748149 | 1256748149 | 1 | 22842 | 0 | 50001 | ENGH | 13111213 | 313525075 | 457050380 | 2 | 8/31/2022 | 71530 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1262920976 | 1 | 8666707071 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2552026 |
| 1290726734 | 1290726734 | 1 | 7372 | 0 | 50002 | ENGH | 13111213 | 313525075 | 620278661 | 6 | 9/28/2022 | 60956 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1297015487 | 1 | 6023389541 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2600344 |
| 1293494515 | 1293494515 | 1 | 71442 | 0 | 50001 | ENGH | 13111213 | 313525075 | 629450812 | 5 | 9/29/2022 | 121040 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1299750691 | 1 | 8448675448 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2602548 |
| 1294972730 | 1294972730 | 1 | 64406 | 0 | 50001 | ENGH | 13111213 | 313525075 | 634396714 | 4 | 9/30/2022 | 103738 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1301227329 | 1 | 8008708868 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2604171 |
| 1297597680 | 1297597680 | 1 | 3956 | 0 | 50002 | ENGH | 13111213 | 313525075 | 646148278 | 3 | 10/3/2022 | 122822 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1303865357 | 1 | 8664793665 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2610165 |
| 1299148216 | 1299148216 | 1 | 312 | 0 | 50002 | ENGH | 13111213 | 313525075 | 651502240 | 2 | 10/4/2022 | 111242 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1305408429 | 1 | 9473339071 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2611925 |
| 1300888705 | 1300888705 | 1 | 5211 | 0 | 50002 | ENGH | 13111213 | 313525075 | 656579180 | 2 | 10/5/2022 | 94055 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1307151412 | 1 | 8009154038 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2614359 |
| 1304100175 | 1304100175 | 1 | 50810 | 0 | 50002 | ENGH | 13111213 | 313525075 | 664338448 | 2 | 10/6/2022 | 182709 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1310376385 | 1 | 8668705223 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2616116 |
| 1311051610 | 1311051610 | 1 | 1504 | 0 | 50003 | ENGH | 13111213 | 313525075 | 689879396 | 4 | 10/11/2022 | 175935 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1317358591 | 1 | 3202075451 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2625374 |
| 1324733047 | 1324733047 | 1 | 50857 | 0 | 50003 | ENGH | 13111213 | 313525075 | 738857066 | 6 | 10/19/2022 | 184623 | 708 | 9981111 | NULL | N CD | 1 | 0 | 0 | CD | N | 0 | 1331079722 | 1 | 8668152139 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2639767 |
| 1325568033 | 1325568033 | 1 | 12275 | 0 | 50002 | ENGH | 13111213 | 313525075 | 742251020 | 5 | 10/20/2022 | 115424 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1331909621 | 1 | 8448728745 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2641517 |
| 1338741221 | 1338741221 | 1 | 24958 | 0 | 50002 | ENGH | 13111213 | 313525075 | 800799349 | 6 | 10/30/2022 | 120721 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1345107383 | 1 | 8666707071 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2659485 |
| 1339640607 | 1339640607 | 1 | 20858 | 0 | 50002 | ENGH | 13111213 | 313525075 | 806071452 | 5 | 10/31/2022 | 100650 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1345991663 | 1 | 8665201316 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2661238 |
| 1343038231 | 1343038231 | 1 | 94694 | 0 | 50004 | ENGL | 13111213 | 313525075 | 819384558 | 4 | 11/2/2022 | 63535 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1349408686 | 1 | 8777371578 | NULL | 0 | NO-ALT | 22 | 1 | 0 | H5 | 2664542 |
| 1345244164 | 1345244164 | 1 | 175348 | 0 | 50004 | ENGL | 13111213 | 313525075 | 827880456 | 3 | 11/3/2022 | 72352 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1351614807 | 1 | 3202075254 | NULL | 0 | NO-ALT | 22 | 1 | 0 | H5 | 2666282 |
| 1347549459 | 1347549459 | 1 | 99722 | 0 | 50004 | ENGL | 13111213 | 313525075 | 831659783 | 2 | 11/4/2022 | 63856 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1353932259 | 1 | 8006938044 | NULL | 0 | NO-ALT | 22 | 1 | 0 | H5 | 2667961 |
| 1350660493 | 1350660493 | 1 | 8719 | 0 | 50003 | ENGH | 13111213 | 313525075 | 840970427 | 2 | 11/6/2022 | 161959 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1357045719 | 1 | 2483524607 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2671607 |
| 1352757696 | 1352757696 | 1 | 168108 | 0 | 50003 | ENGH | 13111213 | 313525075 | 851428471 | 2 | 11/7/2022 | 150247 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1359133499 | 1 | 5409002058 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2673371 |
| 1354659724 | 1354659724 | 1 | 123238 | 0 | 50003 | ENGH | 13111213 | 313525075 | 855935915 | 1 | 11/8/2022 | 114457 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1361021586 | 1 | 6236337144 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2675107 |
| 1358126641 | 1358126641 | 1 | 109048 | 0 | 50004 | ENGH | 13111213 | 313525075 | 861670844 | 1 | 11/9/2022 | 161930 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1364487636 | 1 | 8667874174 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2677003 |
| 1361601873 | 1361601873 | 1 | 18319 | 0 | 50002 | ENGH | 13111213 | 313525075 | 870789629 | 2 | 11/11/2022 | 85449 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1367925272 | 1 | 5405460071 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2680609 |
| 1367535999 | 1367535999 | 1 | 21202 | 0 | 50002 | ENGH | 13111213 | 313525075 | 411842 | 3 | 11/14/2022 | 124845 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1373871884 | 1 | 8667861129 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2686235 |
| 1373497959 | 1373497959 | 0 | 298539 | 0 | 50002 | ENGH | 13111213 | 313525075 | 17182236 | 4 | 11/16/2022 | 124038 | 708 | 9981111 | A214 | OT | 1 | 13 | 13 | DA | OT | 0 | 1379807447 | 1 | 8582511438 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2690741 |
| 1378367782 | 1378367782 | 1 | 84069 | 0 | 50002 | ENGH | 13111213 | 313525075 | 25654794 | 4 | 11/18/2022 | 84457 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1384653662 | 1 | 6198417368 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2694361 |
| 1381891040 | 1381891040 | 0 | 152469 | 0 | 50002 | ENGH | 13111213 | 313525075 | 32688932 | 3 | 11/19/2022 | 95509 | 708 | 9981111 | A400 | OT | 1 | 9 | 26 | DA | OT | 0 | 1388181136 | 1 | 8777616118 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2696176 |
| 1384689256 | 1384689256 | 1 | 125041 | 0 | 50002 | ENGH | 13111213 | 313525075 | 37735612 | 2 | 11/20/2022 | 132945 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1390982848 | 1 | 2483521666 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2697973 |
| 1387276417 | 1387276417 | 1 | 165564 | 0 | 50002 | ENGH | 13111213 | 313525075 | 43547900 | 2 | 11/21/2022 | 125937 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1393557162 | 1 | 9473330126 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2699411 |
| 1389941583 | 1389941583 | 1 | 276375 | 0 | 50002 | ENGH | 13111213 | 313525075 | 51592055 | 1 | 11/22/2022 | 95753 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1396200124 | 1 | 8582511432 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2701137 |
| 1397777525 | 1397777525 | 1 | 55429 | 0 | 50002 | ENGH | 13111213 | 313525075 | 65256320 | 2 | 11/25/2022 | 150941 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1404031513 | 1 | 8778053112 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2706491 |
| 1401758297 | 1401758297 | 1 | 242930 | 0 | 50002 | ENGH | 13111213 | 313525075 | 80225270 | 3 | 11/27/2022 | 143416 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1408020489 | 1 | 6198417354 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2710389 |
| 1404699968 | 1404699968 | 1 | 217472 | 0 | 50002 | ENGH | 13111213 | 313525075 | 85846576 | 3 | 11/28/2022 | 123303 | 708 | 9981111 | NULL | B | 1 | 0 | 0 | NULL | B | 0 | 1410935293 | 1 | 5405460042 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2712168 |
| 1468750996 | 1468750996 | 1 | 124737 | 0 | 74003 | ENGL | 13111213 | 313525075 | 135059759 | 2 | 12/26/2022 | 85814 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1475856070 | 1 | 5405460044 | NULL | 0 | NO-ALT | 32 | 1 | 0 | H5 | 2759967 |
| 1472051360 | 1472051360 | 1 | 143729 | 0 | 74003 | ENGL | 13111213 | 313525075 | 141440913 | 2 | 12/27/2022 | 84552 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1478143815 | 1 | 8448698946 | NULL | 0 | NO-ALT | 32 | 1 | 0 | H5 | 2761712 |
| 1475486681 | 1475486681 | 1 | 103165 | 0 | 74003 | ENGL | 13111213 | 313525075 | 144982919 | 2 | 12/28/2022 | 102904 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1481583853 | 1 | 4808661057 | NULL | 0 | NO-ALT | 32 | 1 | 0 | H5 | 2763508 |
| 1477365297 | 1477365297 | 1 | 9586 | 0 | 74003 | ENGL | 13111213 | 313525075 | 148418254 | 2 | 12/29/2022 | 60857 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1483475239 | 1 | 8777371591 | NULL | 0 | NO-ALT | 32 | 1 | 0 | H5 | 2765254 |
| 1480126925 | 1480126925 | 1 | 30388 | 0 | 74003 | ENGL | 13111213 | 313525075 | 156100040 | 2 | 12/30/2022 | 61710 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1486223594 | 1 | 2483521666 | NULL | 0 | NO-ALT | 32 | 1 | 0 | H5 | 2767049 |
| 1482070345 | 1482070345 | 1 | 88645 | 0 | 74003 | ENGL | 13111213 | 313525075 | 175539270 | 2 | 1/2/2023 | 75905 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1488170649 | 1 | 4808661058 | NULL | 0 | NO-ALT | 32 | 1 | 0 | H5 | 2772489 |
| 1491490042 | 1491490042 | 1 | 148992 | 0 | 50003 | ENGH | 13111213 | 313525075 | 194151086 | 3 | 1/5/2023 | 123008 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1497574125 | 1 | 5409002075 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2777281 |
| 1494663618 | 1494663618 | 1 | 256262 | 0 | 50003 | ENGH | 13111213 | 313525075 | 202737892 | 3 | 1/6/2023 | 125553 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1500752327 | 1 | 8664793342 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2779192 |
| 1497638816 | 1497638816 | 1 | 173796 | 0 | 50002 | ENGH | 13111213 | 313525075 | 212579453 | 2 | 1/8/2023 | 101457 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1503717858 | 1 | 9473339067 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2783641 |
| 1501315062 | 1501315062 | 1 | 99218 | 0 | 50003 | ENGH | 13111213 | 313525075 | 216743215 | 2 | 1/9/2023 | 150156 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1507377209 | 1 | 8449234591 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2785221 |
| 1504897427 | 1504897427 | 1 | 14147 | 0 | 50003 | ENGH | 13111213 | 313525075 | 227019924 | 2 | 1/11/2023 | 74710 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1510944894 | 1 | 8668155211 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2788622 |
| 1509240098 | 1509240098 | 1 | 29227 | 0 | 50003 | ENGH | 13111213 | 313525075 | 233481193 | 2 | 1/12/2023 | 92105 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1515249769 | 1 | 8668152148 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2790254 |
| 1515066482 | 1515066482 | 1 | 254126 | 0 | 50003 | ENGH | 13111213 | 313525075 | 244570018 | 2 | 1/13/2023 | 131137 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1521072310 | 1 | 8778868163 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2791830 |
| 1522061632 | 1522061632 | 1 | 114055 | 0 | 50003 | ENGH | 13111213 | 313525075 | 258892349 | 3 | 1/16/2023 | 115628 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1528050490 | 1 | 8778053175 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2797175 |
| 1526660010 | 1526660010 | 0 | 192465 | 0 | 50003 | ENGH | 13111213 | 313525075 | 266778253 | 2 | 1/17/2023 | 135728 | 708 | 9981111 | B107 | OT | 1 | 21 | 0 | DA | OT | 0 | 1532650090 | 1 | 8773660628 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2798608 |
| 1530190140 | 1530190140 | 1 | 92225 | 0 | 50003 | ENGH | 13111213 | 313525075 | 270376594 | 2 | 1/18/2023 | 123619 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1536173046 | 1 | 2482150349 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2800204 |
| 1534292873 | 1534292873 | 1 | 218724 | 0 | 50003 | ENGH | 13111213 | 313525075 | 279234907 | 2 | 1/19/2023 | 132134 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1540267627 | 1 | 3202074975 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2801754 |
| 1535741189 | 1535741189 | 1 | 77814 | 0 | 50002 | ENGH | 13111213 | 313525075 | 282199947 | 2 | 1/20/2023 | 63517 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1541704052 | 1 | 6198417355 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2803382 |
| 1539325660 | 1539325660 | 1 | 104708 | 0 | 50002 | ENGH | 13111213 | 313525075 | 288663317 | 1 | 1/21/2023 | 74240 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1545284065 | 1 | 3202075187 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2805162 |
| 1542751135 | 1542751135 | 1 | 67023 | 0 | 50002 | ENGH | 13111213 | 313525075 | 298175242 | 1 | 1/23/2023 | 63403 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1548675619 | 1 | 8448697363 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2808363 |
| 1546964104 | 1546964104 | 1 | 51408 | 0 | 50002 | ENGH | 13111213 | 313525075 | 303815352 | 1 | 1/24/2023 | 84650 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1552828315 | 1 | 6193546300 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2809886 |
| 1550350531 | 1550350531 | 1 | 108766 | 0 | 50002 | ENGH | 13111213 | 313525075 | 310893520 | 1 | 1/25/2023 | 74638 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1556226379 | 1 | 2482150349 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2811087 |
| 1554063238 | 1554063238 | 1 | 95999 | 0 | 50002 | ENGH | 13111213 | 313525075 | 316590575 | 1 | 1/26/2023 | 75034 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1559924482 | 1 | 8008109941 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2812727 |
| 1559169911 | 1559169911 | 1 | 255942 | 0 | 50001 | ENGH | 13111213 | 313525075 | 323895156 | 1 | 1/27/2023 | 114020 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1564988940 | 1 | 4808661017 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2814424 |
| 1560993926 | 1560993926 | 1 | 64518 | 0 | 50002 | ENGH | 13111213 | 313525075 | 327457262 | 1 | 1/28/2023 | 63507 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1566826000 | 1 | 8666707071 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2817305 |

EXHIBIT

Pl. H

Ex. 3-4

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1566837865 | 1566837865 | 1 | 209307 | 0 | 50002 | ENGH | 13111213 | 313525075 | 339988759 | 1 | 1/30/2023 | 104411 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1572628481 | 1 | 4808661046 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2820680 |
| 1570104953 | 1570104953 | 1 | 73688 | 0 | 50002 | ENGH | 13111213 | 313525075 | 342789640 | 1 | 1/31/2023 | 100300 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1575873565 | 1 | 3202075354 | NULL | 0 | NO-ALT | 23 | 1 | 0 | H5 | 2822133 |
| 1574061423 | 1574061423 | 1 | 170882 | 0 | 91002 | EHTA | 13111213 | 313525075 | 349321053 | 1 | 2/1/2023 | 115849 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1579827181 | 1 | 5405460036 | NULL | 0 | NO-ALT | 64 | 1 | 0 | H5 | 2823706 |
| 1576915905 | 1576915905 | 0 | 200224 | 0 | 91002 | EHTA | 13111213 | 313525075 | 356423297 | 1 | 2/2/2023 | 102213 | 708 | 9981111 | B659 | OT | 1 | 22 | 0 | DA | OT | 0 | 1582676181 | 1 | 8449234578 | NULL | 0 | NO-ALT | 64 | 1 | 0 | H5 | 2825262 |
| 1579776896 | 1579776896 | 1 | 109984 | 0 | 91002 | EHTA | 13111213 | 313525075 | 361077467 | 1 | 2/3/2023 | 73609 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1585547916 | 1 | 6236337205 | NULL | 0 | NO-ALT | 64 | 1 | 0 | H5 | 2827919 |
| 1583238566 | 1583238566 | 1 | 33563 | 0 | 91002 | EHTA | 13111213 | 313525075 | 371256524 | 1 | 2/4/2023 | 60912 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1589000860 | 1 | 8666707071 | NULL | 0 | NO-ALT | 64 | 1 | 0 | H5 | 2831461 |
| 1590498632 | 1590498632 | 1 | 154270 | 0 | 91003 | EHTA | 13111213 | 313525075 | 379630566 | 1 | 2/6/2023 | 105420 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1596155448 | 1 | 5409000904 | NULL | 0 | NO-ALT | 64 | 1 | 0 | H5 | 2837100 |
| 1595913011 | 1595913011 | 1 | 106048 | 0 | 90003 | EHTA | 13111213 | 313525075 | 388647696 | 1 | 2/7/2023 | 143324 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1601525846 | 1 | 5405460025 | NULL | 0 | NO-ALT | 64 | 1 | 0 | H5 | 2838642 |
| 1598085508 | 1598085508 | 1 | 26532 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 392819371 | 1 | 2/8/2023 | 75936 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1603671661 | 1 | 2482161535 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2840448 |
| 1601834709 | 1601834709 | 1 | 32672 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 395343778 | 1 | 2/9/2023 | 63604 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1607354705 | 1 | 8883578573 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2842101 |
| 1608315003 | 1608315003 | 1 | 99491 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 402935986 | 1 | 2/10/2023 | 122607 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1613755174 | 1 | 2483521654 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2843846 |
| 1610278663 | 1610278663 | 1 | 592 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 411106734 | 1 | 2/11/2023 | 63121 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1615700427 | 1 | 8665202318 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2845683 |
| 1615960948 | 1615960948 | 1 | 21791 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 418878764 | 1 | 2/13/2023 | 62743 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1621265050 | 1 | 8449234576 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2849143 |
| 1620957740 | 1620957740 | 1 | 103078 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 424948957 | 1 | 2/14/2023 | 62859 | 708 | 9981111 | NULL | B | 1 | 0 | 0 | NULL | B | 0 | 1626228763 | 1 | 8665202309 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2850782 |
| 1625939553 | 1625939553 | 1 | 66948 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 433250194 | 1 | 2/15/2023 | 62945 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1631193298 | 1 | 4808661044 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2852397 |
| 1631196534 | 1631196534 | 1 | 106469 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 438578890 | 1 | 2/16/2023 | 72008 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1636418717 | 1 | 5405460049 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2854033 |
| 1635290638 | 1635290638 | 1 | 86389 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 445730888 | 1 | 2/17/2023 | 72645 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 1640502970 | 1 | 8333073226 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2855783 |
| 1638492212 | 1638492212 | 1 | 57074 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 449457152 | 1 | 2/18/2023 | 71445 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 1643703146 | 1 | 8333055553 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2857546 |
| 1643759970 | 1643759970 | 1 | 33219 | 0 | 90002 | EHT2 | 13111213 | 313525075 | 458958461 | 1 | 2/20/2023 | 70245 | 708 | 9981111 | NULL | D TT | 1 | 0 | 0 | TT | D | 0 | 1648934274 | 1 | 8333055558 | NULL | 0 | NO-ALT | 72 | 1 | 0 | H5 | 2860948 |
| 514727365 | 514727365 | 1 | 111114 | 0 | 74001 | ENG2 | 13111213 | 313525075 | 2688036 | 6 | 2/10/2024 | 74509 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 277437632 | 1 | 8882062080 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3488805 |
| 515770898 | 515770898 | 1 | 8265 | 0 | 74001 | ENG2 | 13111213 | 313525075 | 1689736 | 5 | 2/11/2024 | 61651 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 278496443 | 1 | 8002513164 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3491026 |
| 519722673 | 519722673 | 1 | 21829 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 1292661 | 4 | 2/13/2024 | 73804 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 282494985 | 1 | 8003584153 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3494375 |
| 525081224 | 525081224 | 1 | 85104 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 3940263 | 3 | 2/15/2024 | 102223 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 287888083 | 1 | 8003411437 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3497672 |
| 528898514 | 528898514 | 1 | 64072 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 3300097 | 3 | 2/17/2024 | 82744 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 291751617 | 1 | 8003594107 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3501143 |
| 532650934 | 532650934 | 1 | 23888 | 0 | 71001 | ENGL | 13111213 | 313525075 | 1265617 | 4 | 2/20/2024 | 61150 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 295573746 | 1 | 8003586281 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3505994 |
| 536930400 | 536930400 | 1 | 26092 | 0 | 71001 | ENGL | 13111213 | 313525075 | 1794960 | 4 | 2/22/2024 | 61424 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 299913630 | 1 | 8002513164 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3509165 |
| 553882723 | 553882723 | 1 | 14024 | 0 | 71001 | ENGL | 13111213 | 313525075 | 772314 | 1 | 3/3/2024 | 60948 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 317145901 | 1 | 8003139047 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3525619 |
| 559983706 | 559983706 | 1 | 65277 | 0 | 71001 | ENGL | 13111213 | 313525075 | 3052706 | 1 | 3/7/2024 | 65144 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 323354156 | 1 | 8002904014 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3532661 |
| 563560206 | 563560206 | 1 | 106474 | 0 | 71001 | ENGL | 13111213 | 313525075 | 480805 | 1 | 3/9/2024 | 75541 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 326988727 | 1 | 6234627106 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3536502 |
| 565464533 | 565464533 | 1 | 72496 | 0 | 71001 | ENGL | 13111213 | 313525075 | 2166971 | 1 | 3/11/2024 | 75405 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 328937197 | 1 | 8003584172 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3539976 |
| 573213238 | 573213238 | 1 | 114176 | 0 | 71001 | ENGL | 13111213 | 313525075 | 4010488 | 1 | 3/15/2024 | 75133 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 336792919 | 1 | 8003367109 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3546840 |
| 576052392 | 576052392 | 1 | 23539 | 0 | 71001 | ENGL | 13111213 | 313525075 | 86388 | 1 | 3/17/2024 | 61925 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 339682914 | 1 | 8003607315 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3550412 |
| 579325459 | 579325459 | 1 | 116434 | 0 | 71001 | ENGL | 13111213 | 313525075 | 1892259 | 1 | 3/19/2024 | 72606 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 343006778 | 1 | 8003089532 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3553890 |
| 588498995 | 588498995 | 1 | 19932 | 0 | 71001 | ENGL | 13111213 | 313525075 | 3846040 | 1 | 3/23/2024 | 61152 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 352296537 | 1 | 8002960721 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3560571 |
| 594249901 | 594249901 | 1 | 49703 | 0 | 71001 | ENGL | 13111213 | 313525075 | 4679687 | 1 | 3/27/2024 | 62502 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 358148592 | 1 | 3202075189 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3567274 |
| 604602088 | 604602088 | 1 | 114078 | 0 | 71002 | ENGL | 13111213 | 313525075 | 2726208 | 2 | 4/2/2024 | 102544 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 368646135 | 1 | 8003584153 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3577094 |
| 608405761 | 608405761 | 1 | 132707 | 0 | 71002 | ENGL | 13111213 | 313525075 | 98832 | 2 | 4/4/2024 | 91334 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 372485273 | 1 | 8002903079 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3580671 |
| 612445144 | 612445144 | 1 | 87059 | 0 | 71002 | ENGL | 13111213 | 313525075 | 5485032 | 1 | 4/6/2024 | 82616 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 376584146 | 1 | 8003139047 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3584240 |
| 623539198 | 623539198 | 0 | 61346 | 0 | 71002 | ENGL | 13111213 | 313525075 | 3260541 | 1 | 4/12/2024 | 111228 | 708 | 9981111 | D207 | RP | 1 | 183 | 47 | HU | RP | 0 | 387793112 | 1 | 8003514604 | MCM | 0 | NO-ALT | 32 | 1 | 0 | H5 | 3595061 |
| 635578636 | 635578636 | 1 | 3062 | 0 | 50003 | ENGH | 13111213 | 313525075 | 3610575 | 5 | 4/19/2024 | 84817 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 399996435 | 1 | 8003411437 | MCM | 0 | NO-ALT | 18 | 1 | 0 | H5 | 3609662 |
| 640362201 | 640362201 | 1 | 12991 | 0 | 50003 | ENGH | 13111213 | 313525075 | 1698079 | 4 | 4/23/2024 | 92238 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 404859639 | 1 | 8008870224 | MCM | 0 | NO-ALT | 18 | 1 | 0 | H5 | 3616644 |
| 642379252 | 642379252 | 1 | 6387 | 0 | 50003 | ENGH | 13111213 | 313525075 | 4916081 | 3 | 4/24/2024 | 85711 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 406897594 | 1 | 8003514604 | MCM | 0 | NO-ALT | 18 | 1 | 0 | H5 | 3618369 |
| 645253955 | 645253955 | 1 | 13905 | 0 | 50003 | ENGH | 13111213 | 313525075 | 1979384 | 2 | 4/25/2024 | 121535 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 409790600 | 1 | 8003514262 | MCM | 0 | NO-ALT | 18 | 1 | 0 | H5 | 3620114 |
| 647133203 | 647133203 | 1 | 9534 | 0 | 50003 | ENGH | 13111213 | 313525075 | 682869 | 2 | 4/26/2024 | 103111 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 411686880 | 1 | 8003607315 | MCM | 0 | NO-ALT | 18 | 1 | 0 | H5 | 3621829 |
| 652009032 | 652009032 | 1 | 8455 | 0 | 50003 | ENGH | 13111213 | 313525075 | 178569 | 1 | 4/29/2024 | 123219 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 416623924 | 1 | 8003412145 | MCM | 0 | NO-ALT | 18 | 1 | 0 | H5 | 3626618 |
| 654234115 | 654234115 | 1 | 6656 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 310820 | 1 | 5/1/2024 | 95752 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 418906538 | 1 | 8002571620 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3630104 |
| 656632985 | 656632985 | 1 | 24283 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 3031402 | 2 | 5/3/2024 | 75005 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 421358073 | 1 | 8003539070 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3633608 |
| 658913327 | 658913327 | 1 | 50992 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 2324854 | 1 | 5/5/2024 | 84509 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 423687458 | 1 | 8003584153 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3637159 |
| 661046592 | 661046592 | 1 | 17484 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 1163166 | 1 | 5/7/2024 | 74124 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 425867162 | 1 | 8002896435 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3640642 |
| 664110328 | 664110328 | 1 | 15504 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 1495214 | 1 | 5/9/2024 | 81734 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 428973580 | 1 | 8662043941 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3644138 |
| 666990980 | 666990980 | 1 | 11787 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 3823175 | 1 | 5/11/2024 | 70022 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 431907726 | 1 | 8003411437 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3647663 |
| 668554046 | 668554046 | 0 | 36677 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 2483706 | 1 | 5/13/2024 | 80242 | 708 | 9981111 | D102 | TP | 1 | 54 | 126 | HU | TP | 0 | 433506342 | 1 | 8002904014 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3651118 |
| 672544406 | 672544406 | 1 | 45048 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 3333241 | 1 | 5/15/2024 | 102726 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 437556470 | 1 | 8003411437 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3654765 |
| 675621101 | 675621101 | 1 | 15579 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 6109793 | 1 | 5/17/2024 | 73147 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 440690297 | 1 | 8002571620 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3659319 |
| 677920323 | 677920323 | 1 | 59931 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 6022917 | 1 | 5/19/2024 | 112136 | 708 | 9981111 | NULL | A | 1 | 0 | 0 | NULL | A | 0 | 443038151 | 1 | 8002903072 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3662858 |
| 680559501 | 680559501 | 0 | 48874 | 0 | 74002 | ENG2 | 13111213 | 313525075 | 3535598 | 1 | 5/21/2024 | 93901 | 708 | 9981111 | C918 | RP | 1 | 49 | 98 | HU | RP | 0 | 445714242 | 1 | 8002896435 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3666208 |
| 691278708 | 691278708 | 0 | 2531 | 0 | 50005 | ENG2 | 13111213 | 313525075 | 5799247 | 5 | 5/30/2024 | 152710 | 708 | 9981111 | C618 | RP | 1 | 57 | 27 | HU | RP | 0 | 456643352 | 1 | 8003539070 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3682064 |
| 699740507 | 699740507 | 1 | 5065 | 0 | 50004 | ENG2 | 13111213 | 313525075 | 6431053 | 5 | 6/6/2024 | 181818 | 708 | 9981111 | NULL | N | 1 | 0 | 0 | NULL | N | 0 | 465288195 | 1 | 8003607315 | MCM | 0 | NO-ALT | 23 | 1 | 0 | H5 | 3697195 |

Case: 1:25-cv-03293 Document #: 44 Filed: 03/24/26 Page 1 of 6 PageID #:191

IL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLIN
EASTERN DIVISION

FILED
MAR 24 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MN

| | | |
|---|---|---|
| BRENDALYN KING, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 1:25-cv-03293 |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | Judge: Matthew F. Kennelly |
| MIDLAND FUNDING, LLC, | ) | |
| ENCORE CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants | ) | |

## PLAINTIFF'S AMENDED MOTION TO COMPEL DISCOVERY RESPONSES

Plaintiff, Brendalyn King, Pro Se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 37 for an order compelling Defendants to supplement their deficient discovery responses.

Plaintiff files this Motion on an expedited basis because fact discovery closes on March 31, 2026

Plaintiff respectfully requests prompt relief so that the compelled discovery can be produced and, if necessary, addressed in advance of the upcoming status hearing.

Plaintiff respectfully submits this Amended Motion to Compel to correct an inadvertent omission in the previously filed motion, in which certain sections were not included due to a formatting error. This Amended Motion does not materially alter the substance of Plaintiff's request but provides the complete argument for the Court's consideration.

Plaintiff relies on the exhibits previously filed in support of her original Motion to Compel.

EXHIBIT
Pl. I

Case: 1:25-cv-03293 Document #: 44 Filed: 03/24/26 Page 2 of 6 PageID #:192

## I. RULE 37 CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 37(a)(1) and Local Rule 37.2:

- On March 11, 2026, Plaintiff sent a detailed meet-and-confer letter.
- On March 18, 2026, Defendants responded but refused to cure deficiencies.
- On March 19, 2026, Plaintiff attempted a telephonic conference prior to filing.

The parties are at an impasse.

## II. BACKGROUND

Defendants produced:

- a call log
- a compact disk with MP3 recordings
- limited account documents

However, the production is incomplete, internally inconsistent, and not reasonably usable.

## III. DEFENDANTS' DISCOVERY RESPONSES REMAIN DEFICIENT

### A. Call Recordings Are Not Produced in a Reasonably Usable Form

Defendants produced MP3 recordings that do not identify:

- call date
- call time
- dialed number
- calling number
- call direction

Without this information, Plaintiff cannot match recordings to any call.

Under Federal Rule of Civil Procedure 34(b)(2)(E), this is not a reasonably usable production.

**B. Recordings Cannot Be Reliably Matched to the Call Log**

Defendants assert that the recordings correspond to their call log. However, no usable cross-reference or metadata has been provided linking any recording to a specific call.

Because the MP3 production does not reliably match the call log and omits or misstates certain recorded calls, the production cannot be treated as a complete or accurate substitute for the underlying dialer records.

**C. Recordings Include Calls Not Tied to Plaintiff**

Certain recordings reference telephone numbers beginning with a 219 area code, which are not associated with Plaintiff. Defendants have not provided any metadata or documentation linking these recordings to Plaintiff's telephone number.

As a result, Plaintiff cannot determine whether these recordings involve her at all, raising serious concerns regarding the reliability and completeness of Defendants' production.

**D. Call Log Cannot Be Verified Without Underlying Data**

Defendants rely on a call log as evidence of calls to Plaintiff. However, without underlying dialer system records, Plaintiff cannot verify the accuracy or completeness of that log.

The absence of source data prevents Plaintiff from determining whether the call log reflects a complete dataset or a filtered subset of calls.

**E. Defendants Produced Only Summary-Level Data Rather Than Native Dialer Records**

Defendants' production appears to consist of a summary-level call log or basic export rather than the underlying source system records from the dialing platform.

Defendants have not produced native dialer records showing how calls were:

- generated
- queued
- attempted
- connected
- transferred
- or dispositioned

Without this data, Plaintiff cannot determine whether the call log represents a complete dataset or a filtered subset.

Additionally, Defendants have not produced native recording data. Plaintiff therefore cannot determine whether recordings were:

- manually exported
- renamed
- trimmed
- mis-labeled
- or selected from a larger population

The absence of native system data prevents verification and renders the production not reasonably usable.

**F. Failure to Produce Master Purchase and Sale Agreement**

Defendants rely on an Affidavit referencing a Master Purchase Agreement but refuse to produce

it.

This document is directly relevant to ownership and assignment.

**G. Defendants' Response Confirms an Impasse**

Defendants' March 18, 2026, response confirms they are standing on their production and refusing to cure deficiencies.

Court intervention is required.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

1. Compel production of a recording index (date, time, number, direction, duration);
2. Compel production of complete dialer call detail records;
3. Compel production of all metadata associated with recordings;
4. Compel production of the Master Purchase and Sale Agreement;
5. Compel production of native dialer system records and underlying database fields;
6. Require Defendants to supplement discovery responses;
7. Order production within five (5) calendar days, or as the Court deems appropriate, so the parties may address the status of the compelled discovery no later than the May 7, 2026 status hearing;
8. Grant all other relief the Court deems appropriate.

## V. CONCLUSION

Defendants' production is incomplete, unverifiable, and not reasonably usable.

This Amended Motion supersedes Plaintiff's previously filed Motion to Compel. Plaintiff

Case: 1:25-cv-03293 Document #: 44 Filed: 03/24/26 Page 6 of 6 PageID #:196

respectfully requests that this Motion be granted.

Dated: March 24, 2026

Brendalyn King
Brendalyn King
22411 Butterfield Road, Apt. 103
Richton Park, IL 60471
fsboninety@yahoo.com
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I, Brendalyn King, certify that on March 24, 2026, I Filed the foregoing documents with the Clerk of the Court and Sent copies via U.S. Mail to counsel for all Defendants

Louis J. Manetti, Jr.
louis.manetti@troutman.com
Nicholas D. O'Conner
Nicholas.oconnor@troutman.com
Troutman Pepper Locke LLP
111 South Wacker Drive
Chicago, IL 60606

Attorneys for Defendants
Midland Credit Management, Inc.,
Midland Funding LLC, and
Encore Capital Group, Inc.

Brendalyn King
Brendalyn King Pro Se
Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Brendalyn King,<br><br>Plaintiff,<br><br>vs.<br><br>Midland Credit Management, Inc.; Midland Funding, LLC; Encore Capital Group, Inc.,<br><br>Defendant. | Case No.: 1:25 cv 3293<br><br>Judge: Matthew F. Kennelly |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION**

Defendants Midland Credit Management, Inc.; Midland Funding, LLC; and Encore Capital Group, Inc., pursuant to Federal Rule of Civil Procedure 6(b), request that this Court grant them an extension of time to file a summary judgment motion. In support of their motion, Defendants state as follows:

Rule 6(b)(1)(a) of the Federal Rules of Civil Procedure allows for extensions of time for good cause when the request is filed on or before the deadline. Here, good cause exists to extend the dispositive motion deadline to May 14, 2026.

On April 10, 2026, this Court denied Plaintiff's motion to compel and to extend the discovery deadline, and confirmed that the dispositive motion deadline was April 30, 2026. (Dkt. No. 50.)

After this hearing, the defendants made settlement overtures to Plaintiff, but they were not successful. The defendants' motion for summary judgment is drafted, and it speaks to all of the plaintiff's remaining counts. However, it is currently awaiting client execution and approval.

EXHIBIT
M.J

Case: 1:25-cv-03293 Document #: 51 Filed: 04/28/26 Page 2 of 3 PageID #:240

Defendants therefore request that the Court grant them until May 14, 2026, to file a motion for summary judgment.

For the forgoing reasons, defendants Midland Credit Management, Inc.; Midland Funding, LLC; Encore Capital Group, Inc. respectfully request that this Court grant this motion and grant defendants through and including May 14, 2026, to file a motion for summary judgment, and for all other relief that is appropriate and just.

Date: April 28, 2026

**MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC; ENCORE CAPITAL GROUP, INC.**

By: s/ Louis J. Manetti Jr.
*One of its Attorneys*

Nicholas D. O'Conner (6302672)
Louis J. Manetti, Jr. (6293288)
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Chicago, Illinois 60606
312.443.1726 (LJM)
nicholas.oconner@troutman.com
louis.Manetti@troutman.com

**CERTIFICATE OF SERVICE**

**I, Louis J. Manetti Jr., an attorney, certify that on April 28, 2026, I caused the foregoing document to be filed through the Court's electronic filing system, which will cause notice of the same to be sent to all parties of record, and that a copy of this motion was sent via electronic mail to the below parties:**

**Brendalyn King**
**22411 Butterfield Road, Apt. 103**
**Richton Park, IL 60471**
fsboninety@yahoo.com

**s/ Louis J. Manetti Jr.**